# United States District Court
### WESTERN DISTRICT OF TENNESSEE
### Eastern Division

## JUDGMENT IN A CIVIL CASE

CHARLES HUNTINGTON GALLINA
and MARY GALLINA,
Plaintiff,

CASE NUMBER: 1:10-cv-1178-B

v.

STANTON, TENNESSEE, et al.,
Defendant,

**Decision by Court.**  This action came before the Court and the issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that in accordance with the Order entered in the above-styled matter on 10/14/2010, this case is hereby Dismissed.

**APPROVED:**

s/J. Daniel Breen
United States District Judge

**THOMAS M. GOULD
CLERK**

**BY: s/Anna Jordan
DEPUTY CLERK**